Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEKI DUNMIRE,** | Case No. 3:11-CV-00010-EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | ORDER RESETTING CMC |
| **CONSUMER ADJUSTMENT COMPANY, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 4th day of April, 2011.

IT IS SO ORDERED that the CMC is reset from 4/13/11 to 6/15/11 at 1:30 p.m. A joint CMC statement shall be filed by 6/8/11. Plaintiff shall serve a copy of this upon defendant.

_____
Edward M. Chen
U.S. Magistrate Judge

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 4th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Edward M. Chen
United States District Court
Northern District of California

Copy sent via mail to:

Wendy J. Badger
MORRISON FENSKE & SUND, PLLC
ATTORNEYS AT LAW
5125 County Road 101, Suite 202
Minnetonka, MN 55345
Attorney for Defendant

This 4th day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman